IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| CRAIG HICKS, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>ALARM.COM INC., a Delaware Corporation,<br><br>*Defendant*. | Case No. 1:20-cv-00532-LO-MSN |

### DECLARATION OF A. PAUL HEERINGA

I, A. Paul Heeringa, hereby declare the following to be true pursuant to 28 U.S.C. § 1746, stating as follows:

1. I submit this Declaration in support of Defendant's Reply in Support of its Motion to Dismiss or Strike filed concurrently herewith in the above-captioned matter ("Action"). I am over 18 years old, have personal knowledge of the facts stated herein and below, and could and would competently testify thereto if called upon to do so.

2. I am Counsel at the law firm of Manatt, Phelps & Phillips LLP. My office is located at 151 N. Franklin Street, Suite 2600, Chicago, Illinois 60606.

3. I am counsel of record for Defendant Alarm.com ("Defendant") in the Action, appearing *pro hac vice*. I am admitted to practice in the state of Illinois and before various federal courts, and am in good standing in all jurisdictions where I am admitted.

4. Attached hereto as **Exhibit A** is a true and correct copy of a screenshot of the third party website cited in paragraph 19 of Plaintiff's Complaint and referred to in Plaintiff's Opposition to Defendant's Motion, specifically https://directory.youmail.com/directory/phone/9545079334. I

personally downloaded this Exhibit from the internet.

     5.     Attached hereto as **Exhibit B** is a true and correct copy of the version of Va. Code Ann. § 59.1-515, which was in effect at the time Plaintiff filed his Complaint. This Exhibit was personally downloaded by me from Westlaw.

     I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on July 22, 2020
in Downers Grove, Illinois

By: _____
A. Paul Heeringa