Need a professional Armed or Unarmed Security Guard?

Directory (https://directory.youmail.com)   /   954 (/directory/area/954)

# (954) 507-9334

**HIGH RISK**

**Scam Protection**
YouMail users report this number may be a scam.

**Home Security Scam**

Coral Springs, FL US

**Sign Up for YouMail
and stop unwanted calls for good (https://www.youmail.com/home/feature/stop-robocalls?s**

## Reverse Phone Lookup (https://directory.youmail.com/reverse-phone)

954-507-9334

**Typical Messages**

Welcome to your voicemail. Welcome to your voicemail. Hey this is Mark with from Security promotions calling you about a free door bell camera and alarm system. It's Tuesday March 17. We are in your area this week so you can call me back toll free at 844-916-0448 (https://directory.youmail.com/directory/phone/8449160448). Thanks.

**EXHIBIT A**

Welcome to your voicemail. Welcome to your court. Hey this is Mark with Home Security promotion. It's Wednesday April 15 and I was just giving you a call to discuss the free doorbell camera and alarm system waiting for activate. We're in your area this week and wanted to see if we could discuss getting your home protected. Give me a call toll free at 844-916-0448 (https://directory.youmail.com/directory/phone/8449160448) and I can let you know your options. I'll be in the office until 5:00 PM Eastern Standard Time today. Give me a call. Again that number is 844-916-0448 (https://directory.youmail.com/directory/phone/8449160448).

Welcome to your voicemail. Welcome to your book. Hi this is Angela with Advance Home Security. I was just giving you a call to discuss the free door bell camera and alarm.

ready(?) promotions calling you about a free door bell camera and alarm system. It's Friday March 20. We're in your area this week so you can call me back toll free at 844-916-0448 (https://directory.youmail.com/directory/phone/8449160448). Thanks.

Reports

⊘ Spam

Unknown

Reported Caller Name: Unknown

Hey this is Mark with Home Security Promotions calling you about a free door bell camera and alarm system. It's Monday April 6. We're in your area this week so you can call me back toll free at 844-916-0448. Thanks.

peeskee
4/6/20, 11:14 AM

✏ Add Your Report

EXHIBIT A

| Your name |
|---|

Will be displayed on your public post.

| Caller's name (Optional) |
|---|

| Tell us about your experience with (954) 507-9334 |
|---|

☑ Report as spam                                    0 / 1000 characters

| Submit |
|---|

---

## Commonly Reported Names for (954) 507-9334  ⌄

**Number of Reports**

Unknown: 1

**EXHIBIT A**



Is this your phone number? Update your info. (/directory/callerid/update/9545079334)

## Similar Numbers

| 954-507-1233 (/directory/phone/9545071233) | 954-507-1320 (/directory/phone/9545071320) | 954-507-2399 (/directory/phone/9545072399) |
| --- | --- | --- |
| 954-507-3826 (/directory/phone/9545073826) | 954-507-3885 (/directory/phone/9545073885) | 954-507-3960 (/directory/phone/9545073960) |
| 954-507-3962 (/directory/phone/9545073962) | 954-507-3963 (/directory/phone/9545073963) | 954-507-3988 (/directory/phone/9545073988) |
| 954-507-3999 (/directory/phone/9545073999) | 954-507-4292 (/directory/phone/9545074292) | 954-507-4457 (/directory/phone/9545074457) |
| 954-507-4494 (/directory/phone/9545074494) | 954-507-4537 (/directory/phone/9545074537) | 954-507-4604 (/directory/phone/9545074604) |
| 954-507-4803 (/directory/phone/9545074803) | 954-507-5056 (/directory/phone/9545075056) | 954-507-5062 (/directory/phone/9545075062) |
| 954-507-6305 (/directory/phone/9545076305) | 954-507-6318 (/directory/phone/9545076318) | 954-507-6468 (/directory/phone/9545076468) |

**EXHIBIT A**

| 954-507-6528 (/directory/phone/9545076528) | 954-507-6923 (/directory/phone/9545076923) | 954-507-6931 (/directory/phone/9545076931) |
| --- | --- | --- |
| 954-507-7279 (/directory/phone/9545077279) | 954-507-8035 (/directory/phone/9545078035) | 954-507-8809 (/directory/phone/9545078809) |
| 954-507-9117 (/directory/phone/9545079117) | 954-507-9209 (/directory/phone/9545079209) | 954-507-9263 (/directory/phone/9545079263) |

**View More (https://directory.youmail.com/directory/area/954)**

## Help us help you!

YouMail (https://www.youmail.com) is leading the fight against robocalls. By identifying billions of calls and playing millions of "out of service" greetings, we've helped over a million YouMailers get removed from telemarketing lists.

Help us do even better by reporting the spammers that harass you. We're here to help!

**READ MORE (HTTPS://DIRECTORY.YOUMAIL.COM/DIRECTORY/LEARNMORE)**

## Join the fight against robocalls.

Help stop the robocall epidemic. Block scammers and much more by simply upgrading your voicemail. Totally Free Service!

 (https://go.onelink.me/app/1f81e4d4)

(https://go.onelink.me/app/cb7ced0b)



Global Vision Security - Security Guard Services
Global Vision Security

Global Vision Security's uniform guard service is a customized service.

🌐 WEBSITE      📞 CALL


gooaguarasecurity.com
Temporary/On-Going Security

**EXHIBIT A**

## YouMail (https://www.youmail.com?nas=y)

Features (https://www.youmail.com/home/features)

Plans (https://www.youmail.com/home/plans)

Apps (https://www.youmail.com/home/apps)

More Features (https://www.youmail.com/home/more-features)

## Support (https://support.youmail.com)

Get Help (https://support.youmail.com)

Contact Us (https://www.youmail.com/home/corp/contact)

Compatibility (https://www.youmail.com/home/compatibility)

## Company (https://www.youmail.com/home/corp/about)

About Us (https://www.youmail.com/home/corp/about)

Jobs (https://www.youmail.com/home/jobs/list)

Blog (https://blog.youmail.com)

Terms of Use (https://www.youmail.com/terms)

Privacy Policy (https://www.youmail.com/privacy)

## Community (https://www.youmail.com/community/home)

Reverse Phone Lookup (https://directory.youmail.com)

Voicemail Greetings (https://www.youmail.com/community/greetings)

Developers (https://www.youmail.com/home/developers)

Spam Caller API (https://data.youmail.com)

Referrals (https://www.youmail.com/home/referrals)

## Download

YouMail - the #1 visual voicemail (https://www.youmail.com/home/feature/visual-voicemail) app with robocall blocking (https://www.youmail.com/home/feature/stop-robocalls), voicemail to text (https://www.youmail.com/home/feature/voicemail-to-text), and more.

 (https://go.onelink.me/app/1f81e4d4)

 (https://go.onelink.me/app/cb7ced0b)



(https://twitter.com/youmail) (https://www.facebook.com/youmail) (https://www.instagram.com/youmailapp) (https://www.youtube.com/user/youmail) (https://www.linkedin.com/company/youmail-inc.)

**EXHIBIT A**

inc)

EXHIBIT A