IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| CRAIG HICKS, )<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ALARM.COM, INC., )<br>)<br>Defendant. )<br>) | Civil Action No. 1:20-cv-00532<br>Hon. Liam O'Grady |

## ORDER

This matter comes before the Court on the passage of the deadline for Plaintiff to file an Amended complaint. Plaintiff filed his initial Complaint in this action on May 8, 2020 (Dkt. 1). Defendant filed a Motion to Dismiss for Failure to State a claim on July 2 (Dkt.11), which this Court granted without prejudice on August 6, 2020 (Dkt. 27). In that Order, the Court ordered Plaintiff to file an Amended Complaint within 30 days if he wished this action to continue. Because Plaintiff has declined to file an Amended Complaint within that 30-day period, this action is **DISMISSED WITH PREJUDICE**.

It is **SO ORDERED**.

October 20, 2020
Alexandria, Virginia

Liam O'Grady
United States District Judge